ACCEPTED
03-16-00718-CV
13659631
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:34:39 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

## IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:34:39 AM
JEFFREY D. KYLE
Clerk

## IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION: TCAA ENFORCEMENT CASE

On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844,
pending in the 353rd Judicial District Court
Travis County, Texas

## WEBB COUNTY'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Webb County files this Notice of Appearance of Counsel and Designation of Lead Counsel on Appeal as follows:

1.      Appellee designates the following attorneys as counsel on appeal:

Marco A. Montemayor
Webb County Attorney
Texas Bar No. 24025983

Molly Higgins Santos
Assistant County Attorney
Texas Bar No. 09599100

Jorge L. Trevino, Jr.
Assistant County Attorney
Texas Bar No. 24046994

1

Webb County Attorney's Office
1110 Washington Street, Suite 301
Laredo, Texas 78040
Telephone: (956) 523-4044
Telecopier: (956) 523-5005
marcmontemayor@webbcountytx.gov
mhiggins@webbcountytx.gov
jtrevino@webbcountytx.gov

Paul C. Saenz
Special Counsel
Texas Bar No. 24013441
The Law Office of Paul C. Saenz
1302 Washington Street
Laredo, Texas 78040-4445
Telephone: (956) 723-5520
Telecopier: (956) 728-8789
paul@saenzlaw.net

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.      LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.      Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
      Anthony F. Constant
      State Bar No. 04711000
      Constant Law Firm
      800 N. Shoreline Blvd., Ste. 2700 South
      Corpus Christi, TX 78401
      Telephone: (361) 698-8000
      Telecopier: (361) 887-8010
      office@constantlawfirm.com

      **ATTORNEY FOR APPELLEE**
      **WEBB COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com